JESSIE M. AMERMAN, APPELLANT-PETITIONER, v.
JUNE STRELECKI, RESPONDENT-RESPONDENT.

*Messrs. Smith, Stratton, Wise & Heher* for the petitioner.
*Mr. Arthur J. Sills* and *Mr. Thomas J. Savage* for the respondent.

February 27, 1968. Denied.

BRONYA KRAM, PLAINTIFF-PETITIONER, v.
PHILIP KRAM, DEFENDANT-RESPONDENT.

See same case below: 98 *N. J. Super.* 274.

*Mr. Hyman Halpern, Mr. Morris M. Schnitzer* and *Mr. Waldron Kraemer* for the petitioner.

*Mr. Irving Mandelbaum* and *Mr. Barry R. Mandelbaum* for the respondent.

February 27, 1968. Granted.

IN THE MATTER OF THE ESTATE OF
CLARENCE R. WOLF, DECEASED.

See same case below: 98 *N. J. Super.* 89.

*Messrs. Gant & Miller*, for the petitioner.

*Mr. Santo J. Salvo, Mr. C. Zachery Seltzer* and *Mr. Robert K. Bell* for the respondents.

February 27, 1968. Denied.